

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Clifford Clark, Appellant

No. 06-19-00023-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 18F0805-102). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgments of the court below. Therefore, we modify each of the trial court's judgments of conviction for harassment in a correctional or detention facility by deleting the phrase "Terms of Plea Bargain" and by deleting the assessment of court costs. As modified, the judgments of the trial court are affirmed.

We note that the appellant, Clifford Clark, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 18, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk